IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIVIAN McMURTRY, | ) ) ) ) ) |
| Plaintiff, | ) ) CASE NO. 3:17-CV-00502 |
| v. | ) ) District Judge Aleta A. Trauger |
| EXETER FINANCE CORP., | ) ) |
| Defendant. | ) ) ) |

_____

## NOTICE OF SETTLEMENT
_____

**COMES NOW** defendant Exeter Finance Corp. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a tentative settlement of the present matter has been reached as to all claims of plaintiff Vivian McMurtry against Defendant.

Defendant, therefore, requests that this Court vacate all dates currently set on calendar for the present matter and give the parties 45 days to file a joint stipulation of dismissal.

Respectfully submitted this 18th day of May, 2017.

                                              */s/ Zachary D. Miller*
                                              Zachary D. Miller (BPR# 032674)
                                              BURR & FORMAN, LLP
                                              511 Union Street, Suite 2300
                                              Nashville, TN  37219
                                              Telephone:  (615) 724-3200
                                              Facsimile:  (615) 724-3290
                                              zmiller@burr.com

                                              *Attorney for Defendant*
                                              EXETER FINANCE CORPORATION

29706177 v1

# CERTIFICATE OF SERVICE

I do hereby certify that on this the 18th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court in the U.S. District Court, Middle District of Tennessee, by using the CM/ECF system, which will send a notice of electronic filing to:

>Jared Lee, Esq.
>Morgan & Morgan, P.A.
>20 N Orange Ave, 16th Floor
>Orlando, FL 32801
>Telephone: (407) 420-1414
>Facsimile: (407) 245-3485
>Email: jlee@forthepeople.com
>
>Mark A. Lambert, Esq.
>Morgan & Morgan, P.A.
>One Commerce Square, Suite 2600
>Memphis, TN 38103
>Telephone: (901) 217-7000
>Facsimile: (901) 333-1897
>Email: mlambert@forthepeople.com
>      mhoilett@forthepeople.com
>
>*Attorneys for Plaintiff*

>/s/ Zachary D. Miller
>OF COUNSEL