# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VIVIAN McMURTRY,** | )<br>)<br>) |
| Plaintiff, | )<br>) CASE NO. 3:17-CV-00502 |
| v. | )<br>) District Judge Aleta A. Trauger |
| **EXETER FINANCE CORP.,** | )<br>) |
| Defendant. | )<br>) |

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

**COME NOW** the Plaintiff, Vivian McMurtry, and the Defendant, Exeter Finance Corp., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 26th day of June, 2017.

                */s/ Zachary D. Miller*
                Zachary D. Miller (BPR# 032674)
                BURR & FORMAN, LLP
                511 Union Street, Suite 2300
                Nashville, TN  37219
                Telephone:  (615) 724-3200
                Facsimile:  (615) 724-3290
                zmiller@burr.com

                *Attorney for Defendant*
                EXETER FINANCE CORPORATION

*/s/ Jared M. Lee*
Jared M. Lee, Esquire
*Pro hac vice*
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Tele: (407) 420-1414
JLee@forthepeople.com

Mark A. Lambert, Esquire
Tennessee Bar No.: 22509
Morgan & Morgan, P.A.
One Commerce Square, Suite 2600
Memphis, Tennessee 38103
Tele: (901) 217-7000
Fax: (901) 333-1897
MLambert@ForThePeople.com
MHoilett@ForThePeople.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 26th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court in the U.S. District Court, Middle District of Tennessee, by using the CM/ECF system, which will send a notice of electronic filing to:

>Jared Lee, Esq.
>Morgan & Morgan, P.A.
>20 N Orange Ave, 16th Floor
>Orlando, FL 32801
>Telephone: (407) 420-1414
>Facsimile: (407) 245-3485
>Email: jlee@forthepeople.com
>
>Mark A. Lambert, Esq.
>Morgan & Morgan, P.A.
>One Commerce Square, Suite 2600
>Memphis, TN 38103
>Telephone: (901) 217-7000
>Facsimile: (901) 333-1897
>Email: mlambert@forthepeople.com
>       mhoilett@forthepeople.com
>
>*Attorneys for Plaintiff*

>/s/ Zachary D. Miller
>OF COUNSEL